UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JEREMIAH SERVIS,

           Plaintiff,

   v.

JESUS MENDIOZA, *et al.*,

           Defendants.

CASE NO. 3:25-cv-05685-JNW-GJL

**ORDER ADOPTING REPORT
AND RECOMMENDATION**

Having reviewed the Report and Recommendation ("R&R") of the Honorable Grady J. Leupold, United States Magistrate Judge, any objections or responses, and the remaining record, the Court finds and ORDERS:

(1)    The Court ADOPTS the R&R.

(2)    Defendant Mendioza's Motion to Dismiss (Dkt. 17) is DENIED.

(3)    The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 24th day of February, 2026.

_____
JAMAL N. WHITEHEAD
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION - 1