UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JEREMIAH SERVIS,<br><br>Plaintiff,<br><br>v.<br><br>JESUS MENDIOLAZA, *et al.*,<br><br>Defendants. | CASE NO. 3:25-cv-05685-JNW-GJL<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

The Court, having reviewed the Report and Recommendation ("R&R") of Magistrate Judge Grady J. Leupold, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1) The R&R is ADOPTED.

(2) Defendant Mendiolaza's Motion for Judgment on the Pleadings and for Summary Judgment (Dkt. 28) is GRANTED.

(3) All claims against all Defendants are DISMISSED with prejudice.

(3) The Clerk is directed to send copies of this Order to Plaintiff, counsel for Defendants, and to the Hon. Grady J. Leupold.

**DATED** this 30th day of July, 2026.

Jamal N. Whitehead
United States District Judge